IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Mensah, Annabelle

Printed: 12/10/08

Case Number: 08 B 22377
Judge: Wedoff, Eugene R
Filed: 8/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 511.00 |  |
| Secured: |  | 477.27 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 33.73 |
| Other Funds: |  | 0.00 |
| Totals: | 511.00 | 511.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bizar & Doyle LLC | Administrative | 2,900.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 12,625.00 | 477.27 |
| 3. | Sir Finance Corporation | Unsecured | 1,291.00 | 0.00 |
| 4. | T Mobile USA | Unsecured | 2,752.21 | 0.00 |
| 5. | Americredit Financial Ser Inc | Unsecured | 3,703.27 | 0.00 |
| 6. | AAA Checkmate LLC | Unsecured |  | No Claim Filed |
| 7. | Authorized Payday.Com | Unsecured |  | No Claim Filed |
| 8. | Utah Deferred Deposit Loan | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,271.48 | $ 477.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 33.73 |
|  | $ 33.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

